IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| April Griffith,<br><br>          Plaintiff,<br><br>v.<br><br>Christenson Translease Company Incorporated, et al.,<br><br>          Defendants. | No. CV-24-08121-PCT-DJH<br><br>**ORDER** |

Pending before the Court is the July 17, 2024, Report and Recommendation (Doc. 14) of Magistrate Judge James F. Metcalf.  Following a thorough analysis, Magistrate Judge Metcalf recommends this case be remanded to Maricopa County Superior Court.  (*Id.*)  Neither party submitted objections to the R&R and the time to do so has passed.   The Court has reviewed the facts and law cited in the R&R and agrees with Magistrate Judge Metcalf's recommendations.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Metcalf's Report and Recommendation (Doc. 14) is **ACCEPTED** and **ADOPTED** as the Order of this Court.   The Clerk of Court is kindly instructed to take all action needed to remand this case to the Maricopa County Superior Court.

Dated this 5th day of August, 2024.

Honorable Diane J. Humetewa
United States District Judge